In the Matter of the Application of Charles F. Murphy for a Writ of Mandamus to the Board of County Canvassers of the County of Kings, etc.— Motion denied, without costs. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

Samuel Lazar, Respondent, v. Waring Hat Manufacturing Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Louis May, Appellant, v. Louis Germain, Respondent.— Judgment affirmed, with costs. The twelfth finding of fact is, however, modified so as to read: "The plaintiff was not disturbed by any failure of the defendant to perform and carry out all of the obligations on his part to be carried out and performed, in accordance with all of the terms and conditions of the aforesaid bill of sale and chattel mortgage, and with any understanding or agreement which existed between the parties, relative to any of the matters or things herein complained of." Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Eugene A. Perry, Respondent, v. Barrett Manufacturing Company, Appellant, Impleaded with Others, Defendants.— Order reversed, without costs, and matter remitted to the Special Term to pass upon that part of the motion which seeks to make the answer more definite and certain. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. William Zrake, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. John M. Taylor, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Herbert C. Shears, as Executor, etc., of George W. Hillson, Deceased, Respondent, v. The Mutual Life Insurance Company of New York, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event. Decedent's statements as to his previous illness and as to the physicians that he had consulted within five years prior to his application for insurance were material representations, were false, and the evidence discloses that they must have been known to him to be false. If no additional evidence respecting these matters shall be given upon the new trial, defendant will be entitled to a verdict. Burr, Thomas, Stapleton, Rich and Putnam, JJ., concurred.

James J. Sullivan, Appellant, v. David M. Ollendorf and Isidor Benjamin, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.